[No. 67404-8-I.   Division One.   February 3, 2014.]

L.D.M. WORLDWIDE CORPORATION, *Respondent*, v.
METIN DALMAN ET AL., *Defendants*, RICHARD
EROG ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-32639-1, Suzanne M. Barnett, J., entered May 20, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Appelwick, J., concurred in by Leach, C.J., and Cox, J.

[No. 68913-4-I.   Division One.   February 3, 2014.]

LAKE WHATCOM RAILWAY COMPANY, *Appellant*, v. KARL ALAR
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 08-2-02034-3, Charles R. Snyder, J., entered May 18, 2012. *Reversed in part* and *remanded* by unpublished opinion per Leach, C.J., concurred in by Grosse and Lau, JJ.

[No. 69227-5-I.   Division One.   February 3, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES EDWARD
HUDEN, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 05-1-00109-8, Vickie I. Churchill, J., entered August 21, 2012. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Spearman, A.C.J., and Schindler, J.